BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
ALPHAMATE LTD.
355 Lexington Avenue
New York, New York 10017
212-983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALPHAMATE LTD.,

    Plaintiff,

 -against-

GLOBAL LOGISTICS GROUP LTD., ALTOMAR
MARITIME INC., and HIGH SEAS SHIPPING LTD.,

    Defendants.
-----------------------------------------------------------------X

08 Civ.

**RULE 7.1 STATEMENT**

 Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff, ALPHAMATE LTD., certifies that there are no corporate parents, subsidiaries, or affiliates of this party which are publicly held.

Dated: New York, New York
   March 20, 2008

           BROWN GAVALAS & FROMM LLP
           Attorneys for Plaintiff
           ALPHAMATE LTD.

           By: _____
           Robert J. Brown (RB-9131)
           Peter Skoufalos (PS-0105)
           355 Lexington Avenue
           New York, New York 10017
           212-983-8500