*KOELTL, J*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-3-08
```

BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
ALPHAMATE LTD.
355 Lexington Avenue
New York, New York 10017
212-983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALPHAMATE LTD.,

        Plaintiff,

-against-

GLOBAL LOGISTICS GROUP LTD., ALTOMAR
MARITIME INC., and HIGH SEAS SHIPPING LTD.,

        Defendants.
-----------------------------------------------------------X

08 Civ. 2952 (JGK)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff, ALPHAMATE LTD., hereby dismisses this action with prejudice and without costs.

Dated: New York, New York
      April 1, 2008

                        BROWN GAVALAS & FROMM LLP
                        Attorneys for Plaintiff
                        ALPHAMATE LTD.

                        Robert J. Brown (RB-9131)
                        Peter Skoufalos (PS-0105)
                        355 Lexington Avenue
                        New York, NY 10017
                        (212) 983-8500

So ordered.

4/2/08

_____
U.S.D.J.