UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ALPHAMATE LTD.,

        Plaintiff,

  -against-

GLOBAL LOGISTICS GROUP LTD., ALTOMAR
MARITIME INC., and HIGH SEAS SHIPPING LTD.,

        Defendants.
----------------------------------------------------------------X

08 Civ. 2952 (JGK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08

## EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT

    **WHEREAS**, on March 20, 2008, Plaintiff, ALPHAMATE LTD., filed a Verified Complaint herein for damages amounting to $450,000.00, inclusive of interest and costs, and praying for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and

    **WHEREAS**, the Process of Maritime Attachment and Garnishment would command that the United States Marshal or other designated process server attach any and all of Defendants' property within the District of this Court; and

    **WHEREAS**, the Court has reviewed the Verified Complaint and the supporting Affidavit with respect to Defendants, GLOBAL LOGISTICS GROUP LTD., ALTOMAR MARITIME INC., and HIGH SEAS SHIPPING LTD., and the conditions of Supplemental Admiralty Rule B appearing to exist, it is hereby

    **ORDERED**, that Process of Maritime Attachment and Garnishment shall issue against all tangible or intangible property belonging to, claimed by or being held for the Defendants by any garnishees within this district, including American Express Bank, Ltd.; ABN-AMRO Bank; Mashreq Bank; Standard Chartered PLC; Bank of America; BNP Paribas New York; Deutsche

MICROFILMED   MAR 2 7 2008 -12 00 PM

1

Bank; HSBC; Bank of New York; J.P. Morgan Chase; Citibank, Bank of China; Wachovia Bank; Bank of Tokyo Mitsubishi UFJ Ltd.; Barclays Bank; Calyon; and UBS AG, which are believed to be due and owing to the Defendants in an amount up to and including $450,000.00 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

ORDERED that the Process of Attachment and Garnishment may be served by ~~any individual over 18 years old who is not a party in the case~~ (Jose Manuel Ramirez or any other associate, agent or paralegal of Brown, Gavalas + Fromm, LLP); and it is further

ORDERED that the following initial service by the United States Marshal or other designated process server upon each garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile transmission or electronic mail to each garnishee; and it is further

ORDERED that service on any garnishee as described above is deemed effective, continuous service throughout the day from the time of such service through the opening of the garnishee's business the next business day; and it is further

ORDERED that any person claiming an interest in the property attached or garnished pursuant to said order shall, upon application to the court, be entitled to a prompt hearing at which the Plaintiff shall be required to show cause why the attachment and garnishment should not be vacated or other relief granted; and it is further

ORDERED that supplemental process enforcing the Court's Order may be issued by the Clerk upon application from Plaintiff without further Order of the Court; and it is further

ORDERED that a copy of this Order be attached to and served with said Process of Maritime Attachment and Garnishment.

Dated: New York, New York
March 27, 2008

SO ORDERED:

_____
U.S.D.J.